**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane**

Civil Action No. 14-cv-00703-AP

**JOSHUA D. L. WIRTH,**

      Plaintiff,

v.

**CAROLYN COLVIN, Acting Commissioner of Social Security,**

      Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Chris R. Noel | John F. Walsh |
| 4845 Pearl East Circle, Ste 101 | United States Attorney |
| Boulder, Colorado 80301-6113 | |
| 303-449-6503 | J. Benedict Garcia |
| chrisildar@comcast.net | Assistant United States Attorney |
| | District of Colorado |
| | |
| | S/Thayne Warner |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1961 Stout Street, Suite 4169 |
| | Denver, Colorado 80294 |
| | (303) 844-7237 |
| | Thayne.warner@ssa.gov |

2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

    The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3.     DATES OF FILING OF RELEVANT PLEADINGS

| | | |
|---|---|---|
| A. | Date Complaint was filed: | March 7, 2014 |
| B. | Date Complaint was served on U.S. Attorney's Office: | March 21, 2014 |
| C. | Date Answer and Administrative Record were filed: | May 15, 2014 |

4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD

    Plaintiff states that the administrative record is presumed to be complete.

    Defendant, to the best of his knowledge, states that the administrative record is complete and accurate.

5.     STATEMENT REGARDING ADDITIONAL EVIDENCE

    Plaintiff states that additional evidence may be required because the ALJ did not develop the evidence of Plaintiff's learning disorder. Records from CSU Psychological Services are being sought today.

    Defendant does not intend to submit additional evidence.

6.     STATEMENT REGARDING WHETHER THIS CASES RAISES UNUSUAL CLAIMS OR DEFENSES

    Plaintiff states there are no unusual claims or defenses.

    Defendant, to the best of his knowledge, does not believe the cases raises unusual claims or defenses.

7.     OTHER MATTERS

    The parties have no other matters to bring to the attention of the Court. This case is not on appeal from any other remanding court.

8.  BRIEFING SCHEDULE

    The parties respectfully request the following briefing schedule:

    A.  Plaintiff's opening brief due          July 29, 2014
    B.  Defendant's response brief due         August 29, 2014
    C.  Plaintiff's reply brief due            September 15, 2014

9.  STATEMENTS REGARDING ORAL ARGUMENT

    A.  Plaintiff does not request oral argument.
    B.  Defendant does not request oral argument.

10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. OTHER MATTERS

    THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C. COLO.L.CivR. 6.1(E) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON ALL ATTORNEYS OF RECORD AND ALL *PRO SE* PARTIES.

12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

    The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

    DATED this 18th day of June, 2014.

                                            BY THE COURT:


                                            *s/John L. Kane*
                                            U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Chris R. Noel | JOHN F. WALSH |
| Chris R. Noel | United States Attorney |
| Law Office of Chris R Noel | |
| 4845 Pearl East Circle, Suite 101 | |
| Boulder, Colorado 80301-6113 | J. Benedict Garcia |
| 303-449-6503 | Assistant United States Attorney |
| chrisildar@comcast.net | District of Colorado |
| | |
| | s/M. Thayne Warner |
| | M. Thayne Warner |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1961 Stout Street, Suite 4169 |
| | Denver, Colorado 80202 |
| | (303) 844-7237 |
| | Thayne.warner@ssa.gov |